

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00210-CV

AEP Texas Inc.

v.

World Business Lenders, LLC, Dufour Logistics, LLC, and Industrial Steel Products, LLC

On Appeal from the
County Court at Law No. 4 of Cameron County, Texas
Trial Cause No. 2017-CCL-00722

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings in accordance with its opinion.

Costs of the appeal are adjudged against the appellees. Further, appellant and its surety are fully and finally released and discharged from their obligations under the supersedeas bond issued to secure the trial court's order.

We further order this decision certified below for observance.

February 26, 2021